UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON STEWART FERGUSON,<br><br>    Petitioner,<br><br>v.<br><br>RON VAN BOENING,<br><br>    Respondent. | Case No.  C07-5615FDB/JKA<br><br>ORDER GRANTING PETITIONER'S MOTION TO CHANGE THE CASE CAPTION |

    This 28 U.S.C. § 2254 petition for habeas corpus relief has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. Petitioner originally named only the State of Washington as a respondent (Dkt. # 5). The court ordered petitioner to amend or change the case caption (Dkt # 7). Petitioner has filed a motion to change the case caption and name Ron Van Boening as the respondent (Dkt # 8). The motion to change the case caption is **GRANTED.**

    The Clerk is directed to mail a copy of this Order to petitioner and remove (Dkt. # 8) from the court's calendar.

    DATED this 11 day of January 2008.

                                 /S/ *J. Kelley Arnold*
                                 J. Kelley Arnold
                                 United States Magistrate Judge