# United States District Court

WESTERN DISTRICT OF WASHINGTON

JASON STEWART FERGUSON          JUDGMENT IN A CIVIL CASE

v.

RON VAN BOENING          CASE NUMBER: C07-5615FDB

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Motion for Stay of proceedings or, in the alternative dismissal without prejudice [Dkt. #21] is **DENIED**.

2. The Court adopts the Report and Recommendation.

3. The petition is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Report and Recommendation. This petition is procedurally barred.

April 29, 2008          BRUCE RIFKIN
         Clerk

         s/ D. Forbes
         By, Deputy Clerk